**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | )    No. 1:18-cv-00268-GZS |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 1, 2018, his Recommended Decision (ECF No. 13). Plaintiff filed his Objection to the Recommended Decision (ECF No. 14) on October 15, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that all claims contained in Plaintiff's Amended Complaint (ECF No. 10) are **DISMISSED** except Plaintiff's mail-related claim regarding access to medical reference material.

                                                                       /s/George Z. Singal_____
                                                                       U.S. District Judge

Dated this 16th day of October, 2018.