UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
|                   Plaintiff, | ) |
| v. | ) Civil No. 1:18-cv-00268-GZS |
| MAINE DEPARTMENT OF CORRECTIONS, RYAN THORNELL, RANDALL LIBERTY, VICTORIA MATHIAU, and JACKIE WEDDLE, | ) |
|                   Defendants. | ) |

## ANSWER

NOW COMES Defendants Maine Department of Corrections, Ryan Thornell, Randall Liberty, Victoria Mathiau, and Jacqueline Weddle, through their counsel, hereby answer Plaintiff's complaint (ECF No. 1) as follows:

### COUNT I

1. Paragraph 1 of Count I of the complaint describes the lawsuit and states legal conclusions. Furthermore, pursuant to the court's order of October 16, 2018, (ECF No. 15), affirming the Recommended Decision After Review Pursuant to 28 U.S.C. §§ 1915(e), 1915A, (ECF No. 13), Plaintiff may not assert claims on behalf of other prisoners and all claims regarding access to medical reference materials, except for Plaintiff's mail-related claim asserted in the amended complaint, have been dismissed. Therefore, no response is required.

2. Paragraph 2 of Count I of the complaint describes Plaintiff's lawsuit and contains statements regarding the court's jurisdiction. Therefore, no response is required.

3. Defendants admit that Plaintiff is an inmate in the custody of the Maine Department of Corrections and presently held at the Maine State Prison in Warren, Maine.

4. Defendants admit the allegations contained in paragraph 4.

5. Defendants admit Ryan Thornell is the Deputy Commissioner of the Maine Department of Corrections. Defendants deny the remaining allegations in paragraph 5 of Count I of the complaint.

6. Defendants admit the allegations contained in paragraph 6.

7. Defendants admit that Victoria Mathiau was previously the grievance review officer at the Maine State Prison. Defendants deny the remaining allegations in paragraph 7 of Count I of the complaint.

8. Defendants admit the allegations contained in paragraph 8.

9-18. Pursuant to the court's order of October 16, 2018, (ECF No. 15), affirming the Recommended Decision After Review Pursuant to 28 U.S.C. §§ 1915(e), 1915A, (ECF No. 13), Plaintiff's claims regarding access to medical reference materials, except for Plaintiff's mail-related claim asserted in the amended complaint, have been dismissed. Therefore, no response is required for paragraphs 9 through 18 of Count I of Plaintiff's complaint.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of Count I of Plaintiff's complaint, and therefore, deny them.

20-21. Pursuant to the court's order of October 16, 2018, (ECF No. 15), affirming the Recommended Decision After Review Pursuant to 28 U.S.C. §§ 1915(e), 1915A, (ECF No. 13), Plaintiff's claims regarding access to medical reference materials, except for Plaintiff's mail-related claim asserted in the amended complaint, have been dismissed. Paragraphs 20 and 21 of Count I of the complaint also state legal conclusions. Therefore, no response is required to paragraphs 20 and 21 of Count I of the complaint.

**COUNT II**

1-19.   Defendants incorporate their responses to paragraphs 1 through 19 of Count I of the complaint as if asserted herein.

20.   Pursuant to the court's order of October 16, 2018, (ECF No. 15), affirming the Recommended Decision After Review Pursuant to 28 U.S.C. §§ 1915(e), 1915A, (ECF No. 13), Plaintiff's claims regarding access to medical reference materials, except for Plaintiff's mail-related claim asserted in the amended complaint, have been dismissed.  Paragraph 20 of Count II of the complaint also states legal conclusions.  Therefore, no response is required.

21.   Defendants incorporate their response to paragraph 21 of Count I of the complaint as if asserted herein.

The remainder of Plaintiff's complaint (ECF No. 1) contains requests for relief. Accordingly, no response is required.

AND FURTHER ANSWERING, Defendants Maine Department of Corrections, Ryan Thornell, Randall Liberty, Victoria Mathiau, and Jacqueline Weddle, through their counsel, hereby answer the supplemental allegations in Plaintiff's amended complaint (ECF No. 10) as follows:

1.   Defendants deny the allegations in paragraph 1 of the amended complaint.

2.   Defendants deny the first sentence of paragraph 2 of the amended complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the remainder of paragraph 2 of Plaintiff's amended complaint, and therefore, deny them.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of Plaintiff's amended complaint, and therefore, deny them.

4. Plaintiff's amended complaint does not contain a paragraph 4.

5. Pursuant to the court's order of October 16, 2018, (ECF No. 15), affirming the Recommended Decision After Review Pursuant to 28 U.S.C. §§ 1915(e), 1915A, (ECF No. 13), Plaintiff's claims regarding access to medical reference materials, except for Plaintiff's mail-related claim, have been dismissed.  Therefore, no response is required to the allegations in paragraph 5 of the amended complaint regarding the borrowing medical or mental health-related materials from the prison library.  Defendants deny the remaining allegations in paragraph 5 of the amended complaint.

6. Defendants deny the allegations is paragraph 6 of the amended complaint.

7. Defendants admit the quoted language in paragraph 6 of the amended complaint is from a response to a third-level grievance appeal signed by Deputy Commissioner Thornell on behalf of the Commissioner of the Maine Department of Corrections.  Defendants deny the remaining allegations in paragraph 7 of the amended complaint.

8. Defendants deny the allegations in paragraph 8 of the amended complaint.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of Plaintiff's amended complaint, and therefore, deny them.

10. Defendants deny the allegations in paragraph 10 of the amended complaint.

The remainder of Plaintiff's amended complaint (ECF No. 10) states legal conclusions for which no response is required.

AND FURTHER ANSWERING, Defendants state the following:

## AFFIRMATIVE AND OTHER DEFENSES

1. The complaint and amended complaint fail to state a claim upon which relief can be granted.

2. Defendants' actions did not violate any federal constitutional rights of Plaintiff.

3. Defendants' actions did not rise to the level of deliberate indifference to Plaintiff's constitutional rights.

4. Any claims as to the Maine Department of Corrections is barred by operation of the Eleventh Amendment.

5. To the extent that Plaintiff is bringing federal constitutional claims against Defendants in their official capacities, Defendants are entitled to governmental immunity.

6. To the extent that Plaintiff is bringing federal constitutional claims against Defendants in their individual capacities, Defendants are entitled to qualified immunity for their actions.

7. Plaintiff's claims are barred by his failure to properly exhaust all administrative remedies in accordance with the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), prior to initiating this suit.

8. Plaintiff's requests for injunctive relief are limited by the Prison Litigation Reform Act, 18 U.S.C. § 3626.

9. Any requests for punitive damages are barred by the Prison Litigation Reform Act's restriction on the granting of prospective relief, 18 U.S.C. § 3626(a)(1).

10. Any claim for damages for mental or emotional distress is barred by the fact that plaintiff did not suffer more than a de minimis injury.

WHEREFORE, Defendants respectfully request that all relief requested by Plaintiff be denied, that judgment be entered in favor of Defendants, and that Defendants be awarded costs and attorney fees.

December 17, 2018                                                       /s/ James E. Fortin
                                                                        James E. Fortin
                                                                        Assistant Attorney General

Office of the Maine Attorney General
Six State House Station
Augusta, ME 04333-0006
 (207) 626-8800
James.Fortin@maine.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he electronically filed the above document with the Clerk of Court using the CM/ECF system. A copy of the above document is also being placed in the mail to the Plaintiff, postage prepaid, at the following address:

Nicholas A. Gladu
21853
Maine State Prison
807 Cushing Rd.
Warren, ME 04864


December 17, 2018                                                      /s/ James E. Fortin
                                                                        James E. Fortin
                                                                        Assistant Attorney General