UNITED STATES DISTRICT COURT
District of Maine

NICHOLAS A. GLADU, )
)
    Plaintiff )
)
v. ) No. 1:18-cv-00268-GZS
)
MAINE DEPARTMENT OF, )
CORRECTIONS, et al. )
)
    Defendants )

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 24, 2019, his Recommended Decision (ECF No. 51). Plaintiff filed his Objection to the Recommended Decision (ECF No. 52) October 21, 1019. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 54) on October 24, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2..    It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 27) is hereby **GRANTED**.

3. Plaintiff's Motion for Leave to Investigate Material Representation (ECF No. 53) is **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 18th day of November, 2019.